MONAD ENGINEERING CO. v. CHARLES KILLAM & CO.

(District Court, E. D. Pennsylvania. August 14, 1914.)

No. 74.

In Admiralty. Suit by the Monad Engineering Company against Charles Killam & Co. Heard on libel, answer, and trial proofs. Decree for respondent.

Harris S. Sparhawk, of Philadelphia, Pa., for libelant.
Lewis, Adler & Laws, of Philadelphia, Pa., for respondent.

DICKINSON, District Judge. On the findings of fact and conclusions of law and the opinion filed in the case of Charles Killam & Co. v. Monad Engineering Co., 216 Fed. 438 (in Admiralty, No. 59 of 1907), the cross-libel is dismissed, with costs to the respondent.